John F. Medler, Jr. SBN #266474
THE MEDLER LAW FIRM APC
2030 Main Street Suite 1300
Irvine CA 92614
(949)-260-4940 (office)
(949)-260-4944 (fax)
(314)-210-4745 (cell)
john@medlerlawfirm.com (email)
*Counsel for Plaintiff Tamara Favazza*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA FAVAZZA,<br>      **Plaintiff,**<br>v.<br>PATH MEDIA HOLDINGS, LLC,<br>JOSEPH FRANCIS, GGW BRANDS,<br>INC., AERO FALCONS, LLC, and BLUE<br>HORSE TRADING, LLC,<br>      **Defendants.** | **CASE NO. 3:14-MC-80209-EMC**<br><br>**WRIT OF EXECUTION** |

**TO: THE UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF CALIFORNIA**

You are directed to enforce the Judgment described below with interest and costs as provided by law.

On 07/14/2014, a judgment was entered in the above-entitled action in favor of:

**TAMARA FAVAZZA**
as Judgment Creditor and against:

**PATH MEDIA HOLDINGS, LLC, JOSEPH FRANCIS, GGW BRANDS, INC., AERO FALCONS, LLC, and BLUE HORSE TRADING, LLC.**

As Judgment Debtor, for:

| | | |
|---|---|---|
| $ 5,772,558.00 | | Principal |
| $ | 0.00 | Attorney Fees |
| $ | 0.00 | Interest |
| $ | 0.00 | Costs, making a total amount of |
| **$ 5,772,558.00** | | **JUDGMENT AS ENTERED** |

*NOTE: JUDGMENTS REGISTERED UNDER 28 USC SEC. 1963 BEAR THE RATE OF INTEREST OF
THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

WRIT OF EXECUTION

WHEREAS, according to an affidavit and/or memorandum of costs after judgment it appears that further sums have accrued since the entry of judgment **in the EASTERN          District of MISSOURI                ,** to wit:

$ _____ 43,148.74 _____ accrued interest, and

$ _____ 0.00 _____ accrued costs, making a total of

$ _____ 43,148.74 _____ **ACCRUED COSTS AND ACCRUED INTEREST**

Credit must be given for payments and partial satisfaction in the amount of $ 100,000.00      which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ _____ 5,715,706.74 _____ **ACTUALLY DUE** on the date of the issuance of this writ of which

$ _____ 5,672,558.00 _____ Is due on the judgment as entered and bears interest at . 11 _____ percent per annum, in the amount of $ 17.09          per day, from the date of issuance of this writ, to which must be added the commissions and costs of the officer executing this writ.

CLERK, UNITED STATES DISTRICT COURT

SUSAN Y. SOONG

Dated: 6/11/2021

By: _____

Deputy Clerk

MARK ROMYN

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of the Writ of Execution must be mailed unless it was served at the time of the levy.  This information must be filled in by counsel requesting this writ.

JOSEPH FRANCIS
1111 Bel Air Place
Los Angeles CA 90077

PATH MEDIA HOLDINGS, LLC
1111 Bel Air Place
Los Angeles CA 90077

GGW BRANDS, INC.
1111 Bel Air Place
Los Angeles CA 90077

AERO FALCONS, LLC
1111 Bel Air Place
Los Angeles CA 90077

BLUE HORSE TRADING, LLC
1111 Bel Air Place
Los Angeles CA 90077

## NOTICE TO THE JUDGMENT DEBTOR

You may be entitled to file a claim exempting your property from execution.  You may seek the advice of an attorney or may, within ten (10) days after the date the notice of levy was served, deliver a claim of exemption to the levying officer as provided in Sections 703.510 - 703.610 of the California Code of Civil Procedure.